# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

Leonardo Saucedo-Samaniego   *Principal*
A206 895 290   YOB:   1993
Mexico

**CRIMINAL COMPLAINT**

Case Number:
**M-15-0182-M**

United States District Court
Southern District of Texas
FILED
FEB 0 6 2015
Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 4, 2015** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Pedro Alberto Guardado-Romero, citizen and national of Honduras, and Sebastian Gaspar Nicolas-Diego, citizen and national of Guatemala , along with ten (10) other undocumented aliens, for a total of twelve (12) who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport, by foot, said aliens in furtherance of such violation of law within the United States, that is, from a location near Granjeno, Texas to the point of arrest near Granjeno, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**   **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On February 04, 2015, Mcallen Border Patrol Agents received information regarding possible undocumented aliens in Granjeno, Texas. Border Patrol Agents responded to the area and apprehended a group of thirteen (13) undocumented aliens just south of the north levee in Granjeno, Texas.

All subjects were then transported to the Mcallen Border Patrol Station. At the McAllen Border Patrol Station, SAUCEDO-Samaniego, Leonardo, was identified as the foot guide of the group.

**Principal Statement**

SAUCEDO was advised of his Miranda Rights and provide a sworn statement without an attorney present.
**SEE ATTACHED:**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Approved by: Linda Reavenez, AXA
2/6/15

_____
Signature of Complainant

Cipriano Shears Jr.   Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

February 6, 2015
Date

at   McAllen, Texas
City and State

Dorina Ramos   , U. S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-15-0182-M

**RE:**   **Leonardo Saucedo-Samaniego**                              **A206 895 290**

**CONTINUATION:**

SAUCEDO claims he was offered to work as a foot guide in lieu of paying the $2,000.00 USD smuggling fee. SAUCEDO claims he was told by two additional guides that were not apprehended that they would walk with him up to the south levee south of Granjeno, Texas and that he would take the lead after that point. SAUCEDO claims he was to be picked up by an unknown vehicle somewhere in the Granjeno Community. He also claims guiding a group back in 2011 and claims he was doing it for the same deal.

**Material Witness Statements:**

1.) GUARDADO-Romero, Pedro Alberto was advised of his Miranda Rights and provided a sworn statement without the presence of an attorney.

GUARDADO stated that he made the smuggling arrangements with a subject back in Honduras. GUARDADO stated that the agreement was that he had to pay $7,000.00 USD for his smuggling into the United States. GUARDADO stated that he crossed illegally into the U.S. on February 4, 2015 at approximately 8:00 pm. He joined a group of approximately 12 other subjects including the foot guide of the group, later identified as SAUCEDO-Samaniego, Leonardo. GUARDADO stated that once the group crossed, SAUCEDO instructed the group to follow him and not to stay behind. GUARDADO stated that SAUCEDO, the foot guide, was in the middle of the group the entire time and would stop often to smoke cigarettes and marijuana with two other guides that were not apprehended. GUARDADO stated he was instructed by SAUCEDO to run fast and lay on the ground if Border Patrol was near.

GUARDADO identified, SAUCEDO-Samaniego, Leonardo, in a photo lineup as the foot guide of the group.

2.) NICOLAS-Diego, Sebastian Gaspar was advised of his Miranda Rights and was willing to provide a sworn statement without the presence of an attorney.

NICOLAS stated that he made his smuggling arrangements to be smuggled into the United States with the help of his grandfather. He claims that he is not aware of how much money his grandfather agreed to pay. Nicolas entered the United States illegally on February 4, 2015. He indicated that he crossed the Rio Grande River on a raft with twelve other people and a foot guide. He stated that the foot guide instructed the group to follow him and not lose sight of him.

NICOLAS identified, SAUCEDO-Samaniego, Leonardo, in a photo lineup as the foot guide of the group.